GIBSON, DUNN & CRUTCHER LLP
JONATHAN C. DICKEY, SBN 088226
PAUL J. COLLINS, SBN 187709
JOHN D. van LOBEN SELS, SBN 201354
1530 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Attorneys for Defendants
JEREMY LENT, YINZI CAI,
JOHN HASHMAN, BRUCE RIGIONE
and SAFI U. QURESHEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re NEXTCARD, INC. SECURITIES LITIGATION<br><br>———————————————————<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Master File No. C01 21029 JF(RS)<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER DENYING LEAD PLAINTIFFS' MOTION FOR LIMITED RELIEF FROM THE PSLRA'S AUTOMATIC STAY OF DISCOVERY**<br><br>Date: July 14, 2003<br>Time: 9:00 a.m.<br>Courtroom: 3<br>Judge: Hon. Jeremy Fogel |

Gibson, Dunn &
Crutcher LLP

[PROPOSED] ORDER DENYING LEAD PLAINTIFFS' MOTION FOR LIMITED RELIEF FROM THE PSLRA'S AUTOMATIC STAY OF DISCOVERY, CASE NO. C01 21029 JF(RS)

WHEREAS, the Court having considered Lead Plaintiffs' Motion for Limited Relief from the PSLRA's Automatic Stay of Discovery ("Lead Plaintiffs' Motion"), Defendants' opposition thereto, arguments of counsel, and such other matters as the Court deemed appropriate;

WHEREAS, NextCard, Inc. ("NextCard") is under the supervision of the United States Bankruptcy Court and is the target of the relief Lead Plaintiffs seek and NextCard is no longer a party to this case;

WHEREAS, Lead Plaintiffs failed to show any undue prejudice or danger to evidence required to gain relief from the Private Securities Litigation Reform Act's automatic discovery stay; and

WHEREAS, the Court finds Lead Plaintiffs' Motion should be DENIED in all respects.

IT IS SO ORDERED.

DATED: _____

_____
The Honorable Jeremy Fogel
United States District Court Judge

45050382_1.DOC

2

Gibson, Dunn & Crutcher LLP