UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re NEXTCARD, INC. SECURITIES LITIGATION | Master File No. C-01-21029-JF(EI) |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULE 7-11 TO EXTEND TIME TO FILE THE SECOND AMENDED CLASS ACTION COMPLAINT |
| ALL ACTIONS. | |

Having reviewed Lead Plaintiffs' Motion for Administrative Relief Pursuant to Civil Local Rule 7-11 to Extend Time to File the Second Amended Class Action Complaint and any opposition to that motion, the Court hereby **GRANTS** the lead plaintiffs' motion.

\*      \*      \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____      _____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: April 7, 2005

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE
CHRISTOPHER P. SEEFER


_____
           /s/
    JEFFREY W. LAWRENCE

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
401 B Street, Suite 1600
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TAMARA J. DRISCOLL
700 Fifth Avenue, Suite 5600
Seattle, WA  98104
Telephone:  206-749-5544
206-749-9978 (fax)

[PROPOSED] ORDER GRANTING LD PLTFFS' MTN FOR ADMIN RELIEF TO EXTEND TIME TO FILE THE SECOND AMENDED CLASS ACTION COMPLAINT - C-01-21029-JF(EI)          - 1 -

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
ALAN SCHULMAN
ROBERT S. GANS
ALICIA M. DUFF
12544 High Bluff Drive, Suite 150
San Diego, CA  92130
Telephone:  858/793-0070
858/793-0323 (fax)

Co-Lead Counsel for Lead Plaintiffs and the
Class

T:\CasesSF\NextCard\ORD00019917.doc

[PROPOSED] ORDER GRANTING LD PLTFFS' MTN FOR ADMIN RELIEF TO EXTEND TIME TO
FILE THE SECOND AMENDED CLASS ACTION COMPLAINT - C-01-21029-JF(EI)            - 2 -

DECLARATION OF SERVICE BY FACSIMILE

I, the undersigned, declare:

1.    That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2.    That on April 7, 2005, declarant served by facsimile the **[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULE 7-11 TO EXTEND TIME TO FILE THE SECOND AMENDED CLASS ACTION COMPLAINT** to the parties listed on the attached Service List.

3.    That there is a regular communication by facsimile between the place of origin and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of April, 2005, at San Francisco, California.

_____
/s/
CAROLYN BURR

NEXTCARD - N.D. CAL (LEAD)

Service List - 4/6/2005    (201-403-1)

Page 1 of 2

**Counsel For Defendant(s)**

David  Jolley
Richard  Jones
Covington & Burling
One Front Street
San Francisco, CA  94111
  415/591-6000
  415/591-6091 (Fax)

David  Priebe
DLA Piper Rudnick Gray Cary US LLP
2000 University Avenue
East Palo Alto, CA  94303-2248
  650/833-2000
  650/833-2001 (Fax)

James  McManis
Paul  Yang
McManis, Faulkner & Morgan A P.C.
50 W. San Fernando Street, 10th Floor
San Jose, CA  95113
  408/279-8700
  408/279-3244 (Fax)

Bruce A. Ericson
Jacob R. Sorensen
Kristin M. Lefevre
Pillsbury Winthrop LLP
50 Fremont Street
San Francisco, CA  94105
  415/983-1000
  415/983-1200 (Fax)

Harris  Weinstein
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC  20044
  202/662-6000
  202/662-6291 (Fax)

Shirli Fabbri Weiss
Paul A. Reynolds
Peter L. Wucetich
DLA Piper Rudnick Gray Cary US LLP
4365 Executive Drive, Suite 1100
San Diego, CA  92121-2133
  858/677-1400
  858/677-1401 (Fax)

Jordan D. Eth
Margaret L. Wu
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482
  415/268-7000
  415/268-7522 (Fax)

Andrew  Keyes
Charles  Kimmett
Williams & Connolly LLP
725 12th Street, N.W.
Washington, DC  20005
  202/434-5000
  202/434-5029 (Fax)

NEXTCARD - N.D. CAL (LEAD)

Service List - 4/6/2005      (201-403-1)

Page 2 of  2

**Counsel For Plaintiff(s)**

Douglas M. McKeige
Bernstein Litowitz Berger & Grossmann LLP
1285 Ave of the Americas, 38th Fl.
New York, NY  10019
   212/554-1400
   212/554-1444 (Fax)

Alan  Schulman
Bernstein Litowitz Berger & Grossmann LLP
12544 High Bluff Dr., Suite 150
San Diego, CA  92130
   858/793-0070
   858/793-0323 (Fax)

William S. Lerach
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
401 B Street, Suite 1600
San Diego, CA  92101-4297
   619/231-1058
   619/231-7423 (Fax)

Tamara J. Driscoll
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
700 Fifth Avenue, Suite 5600
Seattle, WA  98104
   206/749-5544
   206/749-9978 (Fax)

Jeffrey W. Lawrence
Christopher P. Seefer
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534 (Fax)