1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re NEXTCARD, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-21029-JF(EI)<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS<br><br>DATE:  December 2, 2005<br>TIME:  11:00 a.m.<br>COURTROOM:  The Honorable Jeremy Fogel |

THIS MATTER having come before the Court on Lead Plaintiffs' application for approval of the Plan of Allocation of the net settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the same meanings as set forth in the Stipulation of Settlement with Ernst & Young, LLP dated as of December 1, 2004 (the "Stipulation").

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons and entities who are Settlement Class Members advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all Persons and entities who are Settlement Class Members to be heard with respect to the Plan of Allocation.

3. The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Pendency and Proposed Partial Settlement of Class Action (the "Notice") sent to Settlement Class Members, provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation among Settlement Class Members, with due consideration having been given to administrative convenience and necessity.

4.      The Court hereby finds and concludes that the Plan of Allocation set forth in the Notice is in all respects fair and reasonable and the Court hereby approves the Plan of Allocation.

IT IS SO ORDERED.

DATED: _12/2/05_____                 s/electronic signature authorized
                                         _____
                                         THE HONORABLE JEREMY FOGEL
                                         UNITED STATES DISTRICT JUDGE

Submitted by:

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE
CHRISTOPHER P. SEEFER
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
JOY ANN BULL


          /s/ Joy Ann Bull
   _____
            JOY ANN BULL

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TAMARA J. DRISCOLL (*pro hac vice*)
1700 Seventh Avenue, Suite 2260
Seattle, WA  98101
Telephone:  206-749-5544
206-749-9978 (fax)

| | |
|---|---|
| 1 | |
| 2 | BERNSTEIN LITOWITZ BERGER &<br>  GROSSMANN LLP<br>ALAN SCHULMAN |
| 3 | ROBERT S. GANS<br>ALICIA M. DUFF |
| 4 | 12544 High Bluff Drive, Suite 150<br>San Diego, CA  92130 |
| 5 | Telephone:  858/793-0070<br>858/793-0323 (fax) |
| 6 | |
| 7 | Co-Lead Counsel for Lead Plaintiffs and the<br>Class |
| 8 | S:\Settlement\NextCard.set\ORD ALLOCATION 00026260.doc |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS
C-01-21029-JF(EI)                                                                                                       - 3 -

DECLARATION OF SERVICE BY MAIL
PURSUANT TO NORTHERN DISTRICT LOCAL RULE 23-2(c)(2)

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2. That on November 22, 2005, declarant served the **[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS** by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List and that this document was forwarded to the following designated Internet site at:

http://securities.lerachlaw.com/

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 22nd day of November, 2005, at San Diego, California.

          /s/ Yvette D. Gray
          YVETTE D. GRAY

NEXTCARD - N.D. CAL (LEAD)
Service List - 11/9/2005    (201-403-1)
Page 1 of 2

**Counsel For Defendant(s)**

David Jolley   *
Richard Jones
Covington & Burling
One Front Street
San Francisco, CA 94111
  415/591-6000
  415/591-6091 (Fax)

David Priebe   *
DLA Piper Rudnick Gray Cary US LLP
2000 University Avenue
East Palo Alto, CA 94303-2248
  650/833-2000
  650/833-2001 (Fax)

James K. Lynch   *
Latham & Watkins LLP
505 Montgomery Street, Suite 1900
San Francisco, CA 94111
  415/391-0600
  415/395-8095 (Fax)

Jordan D. Eth   *
Margaret L. Wu
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
  415/268-7000
  415/268-7522 (Fax)

Harris Weinstein   *
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20044
  202/662-6000
  202/662-6291 (Fax)

Shirli Fabbri Weiss   *
Paul A. Reynolds
Peter L. Wucetich
DLA Piper Rudnick Gray Cary US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
  619/699-3650
  619/699-2701 (Fax)

James McManis   *
Paul Yang
McManis, Faulkner & Morgan A P.C.
50 W. San Fernando Street, 10th Floor
San Jose, CA 95113
  408/279-8700
  408/279-3244 (Fax)

Bruce A. Ericson   *
Jacob R. Sorensen
Kristin M. Lefevre
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228
  415/983-1000
  415/983-1200 (Fax)

NEXTCARD - N.D. CAL (LEAD)
Service List - 11/9/2005   (201-403-1)
Page 2 of 2

Andrew Keyes *
Charles Kimmett
Williams & Connolly LLP
725 12th Street, N.W.
Washington, DC  20005
   202/434-5000
   202/434-5029(Fax)

**Counsel For Plaintiff(s)**

Douglas M. McKeige *
Bernstein Litowitz Berger & Grossmann LLP
1285 Ave of the Americas, 38th Fl.
New York, NY  10019
   212/554-1400
   212/554-1444(Fax)

Alan Schulman *
Bernstein Litowitz Berger & Grossmann LLP
12544 High Bluff Dr., Suite 150
San Diego, CA  92130
   858/793-0070
   858/793-0323(Fax)

William S. Lerach
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
   619/231-1058
   619/231-7423(Fax)

Tamara J. Driscoll
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
1700 Seventh Avenue, Suite 2260
Seattle, WA  98101
   206/749-5544
   206/749-9978(Fax)

Jeffrey W. Lawrence
Christopher P. Seefer
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534(Fax)

\* Denotes Service Via Overnight Delivery