1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re NEXTCARD, INC. SECURITIES LITIGATION ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) | Master File No. C-01-21029-JF(EI)<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES<br><br>DATE:        December 2, 2005<br>TIME:         11:00 a.m.<br>COURTROOM:  The Honorable Jeremy Fogel |

THIS MATTER having come before the Court on December 2, 2005, on the application of Co-Lead Counsel for an award of attorneys' fees and reimbursement of expenses incurred in the Litigation; the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this Litigation to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement with Ernst & Young, LLP dated as of December 1, 2004 (the "Stipulation").

2. This Court has jurisdiction over the subject matter of the application and all matters relating thereto, including all Members of the Settlement Class who have not timely and validly requested exclusion.

3. The Court hereby awards Co-Lead Counsel attorneys' fees of 20% of the Settlement Fund and reimbursement of expenses in an aggregate amount of $298,982.63 together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the percentage fee awarded enjoys a presumption of reasonableness because it was negotiated with the Lead Plaintiffs at the outset of the Litigation. The Court also finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method. Said fees shall be allocated by Co-Lead Counsel in a manner which, in their good-faith judgment, reflects each counsel's contribution to the institution, prosecution and resolution of the Litigation.

4. The awarded attorneys' fees and expenses, and interest earned thereon, shall be paid to Co-Lead Counsel from the Settlement Fund immediately after the date this Order is executed subject to the terms, conditions, and obligations of the Stipulation and in particular ¶6.2 thereof, which terms, conditions, and obligations are incorporated herein.

IT IS SO ORDERED.

DATED: 12/2/05

s/electronic signature authorized
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

Submitted by:

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE
CHRISTOPHER P. SEEFER
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
JOY ANN BULL


        /s/ Joy Ann Bull
          JOY ANN BULL

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TAMARA J. DRISCOLL (*pro hac vice*)
1700 Seventh Avenue, Suite 2260
Seattle, WA  98101
Telephone:  206-749-5544
206-749-9978 (fax)

[PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES -
C-01-21029-JF(EI) - 2 -

1  
2  BERNSTEIN LITOWITZ BERGER &
     GROSSMANN LLP
   ALAN SCHULMAN
3  ROBERT S. GANS
   ALICIA M. DUFF
4  12544 High Bluff Drive, Suite 150
   San Diego, CA  92130
5  Telephone:  858/793-0070
   858/793-0323 (fax)
6  
   Co-Lead Counsel for Lead Plaintiffs and the
7  Class

8  S:\Settlement\NextCard.set\ORD FEE 00026262.doc

9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

[PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES -
C-01-21029-JF(EI)                                                                                                       - 3 -

# DECLARATION OF SERVICE BY MAIL
## PURSUANT TO NORTHERN DISTRICT LOCAL RULE 23-2(c)(2)

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2. That on November 22, 2005, declarant served the **[PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List and that this document was forwarded to the following designated Internet site at:

http://securities.lerachlaw.com/

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of November, 2005, at San Diego, California.

/s/ Yvette D. Gray
YVETTE D. GRAY

NEXTCARD - N.D. CAL (LEAD)
Service List - 11/9/2005   (201-403-1)
Page 1 of 2

**Counsel For Defendant(s)**

David Jolley   *
Richard Jones
Covington & Burling
One Front Street
San Francisco, CA 94111
 415/591-6000
 415/591-6091 (Fax)

Harris Weinstein   *
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20044
 202/662-6000
 202/662-6291 (Fax)

David Priebe   *
DLA Piper Rudnick Gray Cary US LLP
2000 University Avenue
East Palo Alto, CA 94303-2248
 650/833-2000
 650/833-2001 (Fax)

Shirli Fabbri Weiss   *
Paul A. Reynolds
Peter L. Wucetich
DLA Piper Rudnick Gray Cary US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
 619/699-3650
 619/699-2701 (Fax)

James K. Lynch   *
Latham & Watkins LLP
505 Montgomery Street, Suite 1900
San Francisco, CA 94111
 415/391-0600
 415/395-8095 (Fax)

James McManis   *
Paul Yang
McManis, Faulkner & Morgan A P.C.
50 W. San Fernando Street, 10th Floor
San Jose, CA 95113
 408/279-8700
 408/279-3244 (Fax)

Jordan D. Eth   *
Margaret L. Wu
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
 415/268-7000
 415/268-7522 (Fax)

Bruce A. Ericson   *
Jacob R. Sorensen
Kristin M. Lefevre
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228
 415/983-1000
 415/983-1200 (Fax)

NEXTCARD - N.D. CAL (LEAD)
Service List - 11/9/2005   (201-403-1)
Page 2 of 2

Andrew Keyes *
Charles Kimmett
Williams & Connolly LLP
725 12th Street, N.W.
Washington, DC  20005
   202/434-5000
   202/434-5029(Fax)

**Counsel For Plaintiff(s)**

Douglas M. McKeige *
Bernstein Litowitz Berger & Grossmann LLP
1285 Ave of the Americas, 38th Fl.
New York, NY  10019
   212/554-1400
   212/554-1444(Fax)

Alan Schulman *
Bernstein Litowitz Berger & Grossmann LLP
12544 High Bluff Dr., Suite 150
San Diego, CA  92130
   858/793-0070
   858/793-0323(Fax)

William S. Lerach
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
   619/231-1058
   619/231-7423(Fax)

Tamara J. Driscoll
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
1700 Seventh Avenue, Suite 2260
Seattle, WA  98101
   206/749-5544
   206/749-9978(Fax)

Jeffrey W. Lawrence
Christopher P. Seefer
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534(Fax)

* Denotes Service Via Overnight Delivery