1 | LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2 | JEFFREY W. LAWRENCE (166806)
    CHRISTOPHER P. SEEFER (201197)
3 | 100 Pine Street, Suite 2600
    San Francisco, CA  94111
4 | Telephone: 415/288-4545
    415/288-4534 (fax)
5 | jeffreyl@lerachlaw.com
    chriss@lerachlaw.com
6 |        – and –
    WILLIAM S. LERACH (68581)
7 | 655 West Broadway, Suite 1900                  BERNSTEIN LITOWITZ BERGER &
    San Diego, CA  92101                              GROSSMANN LLP
8 | Telephone: 619/231-1058                         ALAN SCHULMAN (128661)
    619/231-7423 (fax)                              ROBERT S. GANS (214420)
9 | billl@lerachlaw.com                             NIKI L. MENDOZA (214646)
           – and –                                  12481 High Bluff Drive, Suite 300
10| TAMARA J. DRISCOLL (*pro hac vice*)             San Diego, CA  92130
    1700 Seventh Avenue, Suite 2260                 Telephone: 858/793-0070
11| Seattle, WA  98101                              858/793-0323 (fax)
    Telephone: 206-749-5544                         alans@blbglaw.com
12| 206-749-9978 (fax)                              robert@blbglaw.com
    tamarad@lerachlaw.com                           nikim@blbglaw.com
13|
    Co-Lead Counsel for Lead Plaintiffs and the Class
14|

15 |                       UNITED STATES DISTRICT COURT

16 |                      NORTHERN DISTRICT OF CALIFORNIA

17 |                              SAN JOSE DIVISION

| | |
|---|---|
| In re NEXTCARD, INC. SECURITIES LITIGATION | Master File No. C-01-21029-JF(EI) |
| | CLASS ACTION |
| This Document Relates To: | JOINT CASE MANAGEMENT STATEMENT AND [~~PROPOSED~~] ORDER |
| ALL ACTIONS. | DATE:         May 26, 2006 |
| | TIME:         10:30 a.m. |
| | COURTROOM:    The Honorable Jeremy Fogel |

1   The parties to the above-entitled action jointly submit this Joint Case Management Statement
2   and [Proposed] Order and request the Court adopt it as the Case Management Order in this case.
3   The parties met and conferred on April 5, 2006, as required by Fed. R. Civ. P. 16 and 26(f), and N.D.
4   Cal. Civil Local Rules 16-9 and 16-10(d).

## DESCRIPTION OF THE CASE

**1.    A Brief Description of the Events Underlying the Action**

7   This is a shareholder class action brought on behalf of all persons and entities who purchased NextCard, Inc. ("NextCard" or the "Company") common stock between April 19, 2000 and October 31, 2001 (the "Class Period"), and who were allegedly damaged thereby. The action arises from NextCard's alleged misstatements of its financial results and condition during the Class Period. The claims against NextCard's officers and directors arise under §10(b) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 10b-5(a)-(c) promulgated thereunder. The claims against NextCard's officers and directors also arise under §20(a) of the Exchange Act.

Plaintiffs allege the following: NextCard was an Internet-based provider of consumer credit, and operated through its wholly-owned banking subsidiary, NextBank. On November 14, 2002, NextCard filed for Chapter 11 bankruptcy, which was subsequently converted to a Chapter 7 proceeding. NextCard is not named as a defendant in this action by virtue of its bankruptcy filing. Defendants in this action are John V. Hashman ("Hashman"), the Company's former Chief Financial Officer and President, Yinzi Cai ("Cai"), NextCard's former Senior Vice President, Jeremy R. Lent ("Lent"), NextCard's former Chairman and Chief Executive Officer, and Bruce G. Rigione ("Rigione"), NextCard's former director, Senior Vice President and Chief Financial Officer. This Court appointed the Jacksonville Police & Fire Pension Fund and M. Richard Andrews as co-lead plaintiffs over this action.

On February 7, 2005, this Court granted defendants' motions to dismiss the Consolidated First Amended Class Action Complaint for Violations of the Federal Securities Laws with leave to amend. Lead plaintiffs filed the Consolidated Second Amended Class Action Complaint for Violations of the Federal Securities Laws ("SAC") on April 27, 2005. Defendants filed motions to dismiss the SAC, to which lead plaintiffs opposed. The hearing on defendants' motions to dismiss

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER - C-01-21029-JF(EI)                                                                              - 1 -

1  the SAC was held on October 28, 2005.  On March 20, 2006, this Court denied the motions to
2  dismiss filed by defendants Hashman, Lent, Cai and Rigione, and granted the motion to dismiss filed
3  by NextCard's former director, defendant Safi U. Qureshey.
4       On October 30, 2003, lead plaintiffs filed their Complaint for Violations of the Federal
5  Securities Laws against NextCard's auditor Ernst & Young LLP ("E&Y") for violations of §10(b) of
6  the Exchange Act and Rule 10b-5(a)-(c) promulgated thereunder, arising out of the allegedly false
7  and misleading statements contained in NextCard's quarterly Reports on Form 10-Qs filed in 2000
8  and the first half of 2001 as well as NextCard's annual Report on Form 10-K for the fiscal year
9  2000.  Following a December 2, 2005 hearing, this Court granted final approval of a $23.2 million
10 settlement between the Settlement Class and E&Y.

11 **2.    The Principal Factual Issues Which the Parties Dispute**

12       (a)    Did NextCard and each defendant participate in a scheme to defraud or issue
13 materially false and misleading statements?

14       (b)    Was the market price of NextCard's common stock artificially inflated?

15       (c)    Did each defendant act with scienter?

16       (d)    Did each defendant's actions cause damage to lead plaintiffs and the members
17 of the Class?

18       (e)    What is the proper measure of damages, if any?

19 **3.    The Principal Legal Issues Which the Parties Dispute**

20       (a)    Did each defendant violate §10(b) of the Exchange Act and Rule 10b-5(a)-(c)
21 promulgated thereunder?

22       (b)    Is each defendant liable under §20(a) of the Exchange Act?

23 **4.    The Other Factual Issues Which Remain Unresolved for the Reasons Stated
        Below and How the Parties Propose to Resolve Those Issues**
24
   All material facts are currently in dispute and will be resolved through trial.
25
   **5.    The Parties Which Have Not Been Served and the Reasons**
26
   All defendants have been served.
27

28

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER - C-01-
21029-JF(EI)                                                                                        - 2 -

**6.    The Additional Parties Which the Below-Specified Parties Intend to Join and the Intended Time Frame for Such Joinder**

The parties do not anticipate joining any additional parties at this time, but reserve the right to join additional parties as discovery proceeds in accordance with the Federal Rules of Civil Procedure and the Civil Local Rules of this Court.

## ALTERNATIVE DISPUTE RESOLUTION

The parties engaged in an unsuccessful mediation in May 2002 with the Honorable Edward A. Infante (Retired). Plaintiffs settled with E&Y after mediation in November 2004 with the Honorable Layne R. Phillips (Retired). In accordance with Fed. R. Civ. P. 26(f), the parties discussed the possibilities for a prompt settlement or resolution of the case and believe that further mediation would not be productive at this time.

## PROPOSED CASE SCHEDULE

**A.    Initial Disclosures:** Initial disclosures will be exchanged on May 19, 2006.

**B.    Class Certification:** Defendants stipulate to the action being certified as a class action under Fed. R. Civ. P. 23(a) and 23(b)(3) and to the appointment of lead plaintiffs M. Richard Andrews ("Andrews") and the Jacksonville Police & Fire Pension Fund ("Jacksonville") as class representatives, but defendants reserve their right to move to decertify the action as a class action and to object to the appointment of Andrews and Jacksonville as class representatives before the completion of fact discovery.

The following schedule is predicated on the prompt production of discovery and scheduling of depositions. Should extensive motion practice become necessary, the schedule will have to be adjusted.

**C.    Fact Discovery:** Fact discovery shall conclude on January 31, 2007, with all motions related to fact discovery filed by February 16, 2007.

**D.    Dispositive Motions:** Opening summary judgment briefs shall be filed by March 16, 2007; oppositions shall be filed by April 20, 2007; reply briefs shall be filed by May 11, 2007; and the hearing shall be held on May 25, 2007.

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER - C-01-21029-JF(EI)                                                                                                                              - 3 -

1  **E.**  **Expert Discovery:** Expert reports shall be served by April 20, 2007; rebuttal reports
2  shall be served by May 18, 2007; and expert discovery shall conclude on June 29, 2007.
3  **F.**  **Trial:** The trial shall begin on August 6, 2007.

4  DATED:  April 20, 2006                            Respectfully submitted,

5                                                                          LERACH COUGHLIN STOIA GELLER
                                                                              RUDMAN & ROBBINS LLP
6                                                                          JEFFREY W. LAWRENCE
                                                                           CHRISTOPHER P. SEEFER

8
                                                                                   /s/ Jeffrey W. Lawrence
9                                                                          JEFFREY W. LAWRENCE

10                                                                        100 Pine Street, Suite 2600
                                                                          San Francisco, CA  94111
11                                                                        Telephone:  415/288-4545
                                                                          415/288-4534 (fax)
12
                                                                          LERACH COUGHLIN STOIA GELLER
13                                                                           RUDMAN & ROBBINS LLP
                                                                          WILLIAM S. LERACH
14                                                                        655 West Broadway, Suite 1900
                                                                          San Diego, CA  92101
15                                                                        Telephone:  619/231-1058
                                                                          619/231-7423 (fax)
16
                                                                          LERACH COUGHLIN STOIA GELLER
17                                                                           RUDMAN & ROBBINS LLP
                                                                          TAMARA J. DRISCOLL (*pro hac vice*)
18                                                                        1700 Seventh Avenue, Suite 2260
                                                                          Seattle, WA  98101
19                                                                        Telephone:  206-749-5544
                                                                          206-749-9978 (fax)
20
                                                                          BERNSTEIN LITOWITZ BERGER &
21                                                                           GROSSMANN LLP
                                                                          ALAN SCHULMAN
22                                                                        ROBERT S. GANS
                                                                          NIKI L. MENDOZA
23

24                                                                                /s/ Robert S. Gans
                                                                                  ROBERT S. GANS
25

26

27

28

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER - C-01-
21029-JF(EI)                                                                                                                             - 4 -

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | 12481 High Bluff Drive, Suite 300<br>San Diego, CA  92130<br>Telephone:  858/793-0070 |
| 3 | | 858/793-0323 (fax) |
| 4 | | Co-Lead Counsel for Lead Plaintiffs and the Class |
| 5 | DATED:  April 20, 2006 | PILLSBURY WINTHROP SHAW |
| 6 | |  PITTMAN LLP<br>BRUCE A. ERICSON |
| 7 | | JACOB R. SORENSEN<br>KRISTIN M. LEFEVRE |
| 8 | | |
| 9 | | |
| 10 | | _____/s/ Bruce A. Ericson_____<br>BRUCE A. ERICSON |
| 11 | | 50 Fremont Street |
| 12 | | San Francisco, CA  94105<br>Telephone:  415/983-1000<br>415/983-1200 (fax) |
| 13 | | Attorneys for Defendant Bruce G. Rigione |
| 14 | DATED:  April 20, 2006 | MORRISON & FOERSTER LLP |
| 15 | | JORDAN D. ETH<br>MARGARET L. WU |
| 16 | | |
| 17 | | _____/s/ Margaret L. Wu_____ |
| 18 | | MARGARET L. WU |
| 19 | | 425 Market Street<br>San Francisco, CA  94105-2482 |
| 20 | | Telephone:  415/268-7000<br>415/268-7522 (fax) |
| 21 | | Attorneys for Defendant Yinzi Cai |
| 22 | | |
| 23 | DATED:  April 20, 2006 | COVINGTON & BURLING<br>DAVID M. JOLLEY |
| 24 | | RICHARD A. JONES |
| 25 | | |
| 26 | | _____/s/ David M. Jolley_____<br>DAVID M. JOLLEY |
| 27 | | |
| 28 | | |

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER - C-01-21029-JF(EI)            - 5 -

|   |   |
|---|---|
|   | One Front Street |
|   | San Francisco, CA 94111 |
|   | Telephone: 415/591-6000 |
|   | 415/591-6091 (fax) |
|   |   |
|   | Attorneys for Defendant John V. Hashman |
| DATED: April 20, 2006 | DLA PIPER RUDNICK GRAY CARY US LLP |
|   | SHIRLI FABBRI WEISS |
|   | PAUL A. REYNOLDS |
|   | PETER L. WUCETICH |

                                                    /s/ Paul A. Reynolds
                                                    PAUL A. REYNOLDS

401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: 619/699-3650
619/699-2701 (fax)

Attorneys for Defendant Jeremy R. Lent

    I, Jeffrey W. Lawrence, am the ECF User whose ID and password are being used to file this Joint Case Management Statement and [Proposed] Order. In compliance with General Order No. 45, X.B., I hereby attest that Robert S. Gans, Margaret L. Wu, David M. Jolley, Paul A. Reynolds and Bruce A. Ericson have concurred in this filing.

                                                    /s/ Jeffrey W. Lawrence
                                                    JEFFREY W. LAWRENCE

                                      *    *    *

## **CASE MANAGEMENT ORDER**

    The Joint Case Management Statement and [Proposed] Order is hereby adopted by the Court as the Case Management Order in the case, and the parties are Ordered to comply with this Order. The Case Management Conference scheduled for May 26, 2006 is vacated.

DATED: 5/23/06                                                    _____
                                                                   THE HONORABLE JEREMY FOGEL
                                                                   UNITED STATES DISTRICT JUDGE

T:\CasesSF\NextCard\STM00029653.doc

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER - C-01-21029-JF(EI)    - 6 -

CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

       /s/ Jeffrey W. Lawrence
JEFFREY W. LAWRENCE

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:JeffreyL@lerachlaw.com

# Mailing Information for a Case 5:01-cv-21029-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric J. Belfi**
  ebelfi@murrayfrank.com

- **Gustavo Bruckner**
  bruckner@whafh.com

- **Joy Ann Bull**
  JOYB@lerachlaw.com

- **Paul J. Collins**
  pcollins@gibsondunn.com

- **Jonathan C. Dickey**
  jdickey@gibsondunn.com

- **Tamara J. Driscoll**

- **Alicia M. Duff**
  aliciad@blbglaw.com kayem@blbglaw.com

- **Bruce A. Ericson**
  bruce.ericson@pillsburylaw.com

- **Jordan David Eth**
  jeth@mofo.com

- **Mary Jane Edelstein Fait**
  fait@whafh.com

- **William Faulkner**
  wfaulkner@mfmlaw.com eschneider@mfmlaw.com

- **Lionel Z. Glancy**
  info@glancylaw.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Marc S. Henzel**
  mhenzel182@aol.com

- **Bruce J. Highman**
  attorneys@highman-ball.com

- **David M. Jolley**
  djolley@cov.com

- **Richard Allen Jones**
  rjones@cov.com

- **J. Andrew Keyes**
  akeyes@wc.com

- **Charles Thomas Kimmett**
  ckimmett@wc.com

- **Jeffrey W. Lawrence**
  jeffreyl@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kristin M. Lefevre**
  kristin.lefevre@pillsburylaw.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **James McManis**
  jmcmanis@mfmlaw.com clarsen@mfmlaw.com;smaes@mfmlaw.com

- **Ira M. Press**
  ipress@kmslaw.com lmorris@kmslaw.com

- **Paul A. Reynolds**
  paul.reynolds@dlapiper.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com larry.rosen@earthlink.net

- **Alan Schulman**
  alans@blbglaw.com
  robert@blbglaw.com;kristinas@blbglaw.com;takeok@blbglaw.com;kayem@blbglaw.com

- **Christopher Paul Seefer**
  chriss@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;KiyokoF@lerachlaw.com

- **Jacob R. Sorensen**
  jake.sorensen@pillsburylaw.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com

- **Margaret L. Wu**
  mwu@mofo.com pwolfe@mofo.com

- **John S. Yun**
  yunj@sec.gov johnstonj@sec.gov

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Thomas Hamilton Burt
Wolf Haldenstein Adler Freeman Herz LLP
270 Madison Avenue
New York, NY 10016

Patrick V. Dahlstrom
Pomerantz Haudek Block Grossman & Gross LLP
1 North LaSalle Street
Suite 2225
Chicago, IL 60602

Fred T. Isquith
Wolf Haldenstein Adler Freeman & Herz
270 Madison Avenue
New York, NY 10016

Adam J. Levitt
Wolf Haldenstein Adler Freeman Herz LLC
656 West Randolf, Suite 500W
Chicago, IL 60661

Marc A. Topaz
Schiffrin & Barroway. LLP
280 King of Prussia Road
Radnor, PA 19087
```