**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*E-FILED*
July 7, 2006

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re NEXTCARD, INC.
SECURITIES LITIGATION
_____

This Document Relates To:

ALL ACTIONS
_____/

No. C  01-21029 (RS)

**ORDER OF RECUSAL
RE:   REFERRED MATTERS**

I hereby recuse myself from hearing or determining any matters which have been referred to me as Magistrate Judge in the above-entitled action.  The Clerk of Court shall reassign the referred matters in this case to another Magistrate Judge.

IT IS SO ORDERED.

Dated:  July 7, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge