```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    BRUCE A. ERICSON #76342
 2  JACOB R. SORENSEN #209134
    KRISTIN M. LEFEVRE #221541
 3  50 Fremont Street
    Post Office Box 7880
 4  San Francisco, CA 94120-7880
    Telephone: (415) 983-1000
 5  Facsimile: (415) 983-1200

 6  Attorneys for Defendant
    BRUCE RIGIONE
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| In re: | Master File No. C-01-21029-JF(RS) |
|---|---|
| NEXTCARD, INC. SECURITIES LITIGATION | STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEY FOR DEFENDANT BRUCE RIGIONE |
| This Document Relates to: | |
| ALL ACTIONS | |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    Please take notice that pursuant to Civil Local Rule 11-5, it is hereby stipulated and

3  consented that defendant **BRUCE RIGIONE**, appearing pr se, shall be substituted in the

4  above-entitled action in place and instead of his former attorneys of record, Bruce A.

5  Ericson, Jacob R. Sorensen, Kristin M. Lefevre and Ranah L. Esmaili of the law firm of

6  Pillsbury Winthrop Shaw Pittman LLP.

7

8            Former Attorneys:

9        Pillsbury Winthrop Shaw Pittman LLP
         Bruce A. Ericson

10          Jacob R. Sorensen
         Kristin M. Lefevre

11          Ranah L. Esmaili
         50 Fremont Street

12          Post Office Box 7880
        San Francisco, CA 94120-7880

13         Telephone: (415) 983-1000
         Facsimile: (415) 983-1200

14

15 are no longer counsel in this matter.

16            Substitution:

17          Bruce Rigione
        4234 Avalon Drive East

18         New Canaan, CT 06840
        Telephone: (203) 966-0715

19         Facsimile: (203) 972-1186

20        rigione@sbcglobal.net   or b.rigione@att.net

21 shall represent himself *pro se* in this matter.

22

23 //

24 //

25 //

26

27

28  700544564v1

           - 1 -       STIPULATION AND [PROPOSED] FOR
                               SUBSTITUTION OF ATTORNEY
                               Case No. C 03-01545 WHA

1     SUBSTITUTION BASED ON CONSENT

2     The undersigned consents to this substitution in this matter.

3     Dated: ~~November~~ December 13, 2006.

4     PILLSBURY WINTHROP SHAW PITTMAN LLP
      BRUCE A. ERICSON
5     JACOB R. SORENSEN
      KRISTIN M. LEFEVRE
6     50 Fremont Street
      Post Office Box 7880
7     San Francisco, CA 94120-7880

8     By _____
              Bruce A. Ericson
9

10    The undersigned consents to this substitution in this matter and will henceforth

11    represent himself in this matter.

12    Dated: ~~November~~ December 11, 2006.

13

14    _____
      Bruce Rigione, Pro Se
15

16                    ORDER

17    Pursuant to Stipulation and good cause appearing,

18    IT IS SO ORDERED.

19    Dated: ~~November~~ December 18, 2006.

20    _____

21    Hon. Jeremy Fogel
      United States District Judge
22

23

24

25

26

27

28

00544564v1

- 2 -

STIPULATION AND [PROPOSED] FOR
SUBSTITUTION OF ATTORNEY
Case No. C 03-01545 WHA