LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE (166806)
CHRISTOPHER P. SEEFER (201197)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
jeffreyl@lerachlaw.com
chriss@lerachlaw.com
   – and –
WILLIAM S. LERACH (68581)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
billl@lerachlaw.com
   – and –
TAMARA J. DRISCOLL (*pro hac vice*)
1700 Seventh Avenue, Suite 2260
Seattle, WA 98101
Telephone: 206-749-5544
206-749-9978 (fax)
tamarad@lerachlaw.com

BERNSTEIN LITOWITZ BERGER &
    GROSSMANN LLP
DAVID R. STICKNEY (188574)
NIKI L. MENDOZA (214646)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: 858/793-0070
858/793-0323 (fax)
davids@blbglaw.com
nikim@blbglaw.com

Co-Lead Counsel for Lead Plaintiffs and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re NEXTCARD, INC. SECURITIES LITIGATION | Master File No. C-01-21029-JF(PVT) |
| | CLASS ACTION |
| This Document Relates To: | JUDGE: The Honorable Jeremy Fogel |
| ALL ACTIONS. | |

STIPULATION AND [PROPOSED] ORDER STAYING ACTION

WHEREAS, on or about January 19, 2007, Lead Plaintiffs Jacksonville Police & Fire Pension Fund and M. Richard Andrews (collectively "Lead Plaintiffs") and Defendant Jeremy R. Lent ("Lent") reached an agreement in principle to settle claims against him in this action;

WHEREAS, Lead Plaintiffs are currently conferring with the remaining defendants regarding a potential global resolution of the remaining claims;

WHEREAS, the Lead Plaintiffs and Defendant Lent intend to submit a Stipulation of Settlement and request for preliminary approval of settlement, and thereafter request final approval and dismissal of the claims against Lent with prejudice;

WHEREAS, the Court has set a trial in the matter for August 6, 2007;

WHEREAS, fact discovery cut-off in this action is set for January 31, 2007, and a significant amount of discovery, including depositions and written discovery, is scheduled to occur through the cut-off date;

WHEREAS, the parties hope to avoid incurring the additional costs of discovery and trial preparation related to the claims in this case;

WHEREAS, the other remaining defendants have indicated that they do not oppose a stay of this case pending potential resolution of the matter;

NOW THEREFORE, pursuant to Local Rules 7-11 and 7-12, Defendant Lent and Lead Plaintiffs, by and through counsel, hereby agree and stipulate that it would be an efficient use of resources to stay this action pending further order of the Court. Thus, Lead Plaintiffs and Lent respectfully request that this Court order that:

(1) the above-captioned consolidated action shall be stayed pending final approval of the above-described anticipated settlement of the action; and

(2) in the event Lead Plaintiffs and Defendant Lent fail to execute and finalize a settlement agreement, the parties shall meet and confer and prepare a new case management schedule and proposed Order for the Court's review and consideration.

STIPULATION AND [PROPOSED] ORDER STAYING ACTION
C-01-21029-JF(PT)                                                                       -1-

DATED: January 19, 2007
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
DAVID R. STICKNEY
NIKI L. MENDOZA

_/s/ David Stickney_
DAVID R. STICKNEY

12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: 858/793-0070
858/793-0323 (fax)

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE
CHRISTOPHER P. SEEFER
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Co-Lead Counsel for Lead Plaintiffs

DATED: January 19, 2007
DLA PIPER US LLP
SHIRLI FABBRI WEISS

_/s/ Shirli Fabbri Weiss_
SHIRLI FABBRI WEISS

401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: 619-699-2700
Facsimile: 619-699-2701

*Counsel for Defendant Jeremy Lent*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

This case shall be STAYED pending further order of the Court.

DATED: 1-23-07

THE HONORABLE JUDGE JEREMY FOGEL
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER STAYING ACTION                                    -2-
C-01-21029-JF(PT)

## DECLARATION OF SERVICE BY FACSIMILE
## PURSUANT TO NORTHERN DISTRICT LOCAL RULE 23-2(c)(2)

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on January 22, 2007, declarant served by facsimile the STIPULATION AND [PROPOSED] ORDER STAYING ACTION to the parties listed on the attached Service List and this document was forwarded to the following designated Internet site at:

http://securities.lerachlaw.com/

3. That there is a regular communication by facsimile between the place of origin and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of January, 2007, at San Francisco, California.

_____
CAROLYN BURR

NEXTCARD - N.D. CAL (LEAD)
Service List - 1/22/2007   (201-403-1)
Page 1 of 2

## Counsel For Defendant(s)

David Jolley
Richard A. Jones
Covington & Burling
One Front Street, 35th Floor
San Francisco, CA 94111
   415/591-6000
   415/591-6091 (Fax)

Harris Weinstein
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
   202/662-6000
   202/662-6291 (Fax)

David A. Priebe
DLA Piper US LLP
2000 University Avenue
East Palo Alto, CA 94303-2248
   650/833-2000
   650/833-2001 (Fax)

Shirli Fabbri Weiss
Paul A. Reynolds
Peter L. Wucetich
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
   619/699-3650
   619/699-2701 (Fax)

Jordan D. Eth
Margaret L. Wu
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
   415/268-7000
   415/268-7522 (Fax)

Bruce Rigione
Pro Se
4234 Avalon Drive East
New Canaan, CT 06840
   203/966-0715
   203/972-1186 (Fax)

## Counsel For Plaintiff(s)

Douglas M. McKeige
Bernstein Litowitz Berger & Grossmann LLP
1285 Ave of the Americas, 38th Fl.
New York, NY 10019
   212/554-1400
   212/554-1444 (Fax)

David R. Stickney
Niki L. Mendoza
Russell F.A. Riviere
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Dr., Suite 300
San Diego, CA 92130
   858/793-0070
   858/793-0323 (Fax)

NEXTCARD - N.D. CAL (LEAD)
Service List - 1/22/2007   (201-403-1)
Page 2 of 2

Tamara J. Driscoll
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
1700 Seventh Avenue, Suite 2260
Seattle, WA 98101
 206/749-5544
 206/749-9978(Fax)

Jeffrey W. Lawrence
Christopher P. Seefer
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
 415/288-4545
 415/288-4534(Fax)

William S. Lerach
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
 619/231-1058
 619/231-7423(Fax)