*efiled 3/29/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE NEXTCARD, INC. SECURITIES
   LITIGATION

CV-01-21029-JF

ORDER OF DISMISSAL

_____/

        The parties hereto, by their counsel, have advised the Court that they have agreed to a
settlement of this case.

        IT IS HEREBY ORDERED that this cause be dismissed with prejudice; however, that if
any party hereto shall certify to this Court, within ninety days, with proof of service of a copy
thereof, that the agreed consideration for said settlement has not been delivered over, the
foregoing ORDER SHALL STAND VACATED and this cause shall forthwith be restored to the
calendar to be set for trial.

Date: March 29, 2007

_____
JEREMY FOGEL
United States District Judge