**E-filed 4/27/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re NEXTCARD, INC. SECURITIES LITIGATION | ) Master File No. C-01-21029-JF(PVT) ) ) <u>CLASS ACTION</u> |
| This Document Relates To: ALL ACTIONS. | ) ) STIPULATION AND [~~PROPOSED~~] ORDER ) PRELIMINARILY APPROVING ) SETTLEMENT WITH JEREMY LENT AND ) PROVIDING FOR NOTICE |

1    WHEREAS, a consolidated class action is pending before the Court entitled *In re NextCard, Inc. Securities Litigation*, Master File No. C-01-21029-JF(PVT) (the "Litigation");

WHEREAS, the Settling Parties submit herewith the Stipulation of Settlement with Jeremy Lent dated as of April 18, 2007 (the "Stipulation"), that has been entered into by the Lead Plaintiffs and Lent;

THEREFORE, the Settling Parties, by and through their counsel, hereby stipulate as follows:

1.   All defined terms contained herein shall have the same meanings as set forth in the Stipulation.

2.   Pursuant to Federal Rule of Civil Procedure 23(e), the Settling Parties jointly request the Court to enter this order preliminarily approving the settlement of this Litigation, in accordance with the Stipulation which, together with the Exhibits annexed thereto sets forth the terms and conditions for a proposed settlement of the Litigation and for dismissal of the Litigation against Lent with prejudice upon the terms and conditions set forth therein.

3.   The Settling Parties further jointly request that the Court find that the proposed notice procedures and the schedule of events set forth herein meet the requirements of Federal Rule of Civil Procedure 23 and due process.

IT IS SO STIPULATED.

DATED: April 25, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE
CHRISTOPHER P. SEEFER
BING Z. RYAN
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
JOY ANN BULL

   s/ Joy Ann Bull
JOY ANN BULL

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  

655 West Broadway, Suite 1900  
San Diego, CA 92101  
Telephone: 619/231-1058  
619/231-7423 (fax)  

LERACH COUGHLIN STOIA GELLER  
  RUDMAN & ROBBINS LLP  
TAMARA J. DRISCOLL (*pro hac vice*)  
1700 Seventh Avenue, Suite 2260  
Seattle, WA 98101  
Telephone: 206-749-5544  
206-749-9978 (fax)  

BERNSTEIN LITOWITZ BERGER &  
  GROSSMANN LLP  
DAVID R. STICKNEY  
NIKI L. MENDOZA  
RUSSELL F.A. RIVIERE  
12481 High Bluff Drive, Suite 300  
San Diego, CA 92130  
Telephone: 858/793-0070  
858/793-0323 (fax)  

Co-Lead Counsel for Lead Plaintiffs and the Class

14  I, Joy Ann Bull, am the ECF User whose ID and password are being used to file this

15  Stipulation and [Proposed] Order Preliminarily Approving Settlement with Jeremy Lent and

16  Providing for Notice. In compliance with General Order 45, X.B., I hereby attest Shirli Fabbri

17  Weiss has concurred in this filing.

18  DATED: April 25, 2007                                   DLA PIPER US LLP  
                                                                SHIRLI FABBRI WEISS

19  
20                                                                                  s/ Shirli Fabbri Weiss  
                                                               SHIRLI FABBRI WEISS

21  
22  401 B Street, Suite 1700  
San Diego, CA 92101-4297  
Telephone: 619/699-3650  
619/669-2701 (fax)

23  
24  Attorneys for Defendant Jeremy Lent

25  
26  
27  
28  

STIPULATION AND [PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENT WITH  
JEREMY LENT AND PROVIDING FOR NOTICE - C-01-21029-JF(PVT)                                       - 2 -

\*   \*   \*

**O R D E R**

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Court does hereby preliminarily approve the Stipulation and the settlement set forth therein, subject to further consideration at the Settlement Hearing described below.

2. A hearing (the "Settlement Hearing") shall be held before this Court on July 20, 2007, at 9:00 a.m., at the United States Courthouse, 280 South First Street, San Jose, California, to determine whether the proposed settlement of the Litigation with Lent on the terms and conditions provided for in the Stipulation is fair, reasonable and adequate to the Settlement Class and should be approved by the Court; whether a Judgment as defined in ¶1.9 of the Stipulation should be entered herein; and to determine the amount of fees and expenses that should be awarded to Co-Lead Counsel. The Court may adjourn the Settlement Hearing without further notice to Members of the Settlement Class.

3. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court preliminarily certified on October 3, 2005, for purposes of effectuating a settlement with Ernst & Young LLP ("E&Y), a Settlement Class of all Persons who purchased NextCard securities during the period between April 19, 2000 and October 30, 2001, and who were damaged thereby. Excluded from the Settlement Class are Lent, the Remaining Defendants, NextCard, E&Y, members of the immediate families of Lent or the Remaining Defendants, any entity in which Lent, the Remaining Defendants, NextCard or E&Y has or had a controlling interest, current or former directors and officers of NextCard or E&Y, and the legal representatives, heirs, successors, or assigns of any such excluded person or entity. Also excluded from the Settlement Class are those Persons who timely and validly requested exclusion from the Settlement Class pursuant to the Notice of Pendency and Proposed Partial Settlement of Class Action sent to Settlement Class Members on October 5, 2005.

4. The Court previously certified the Settlement Class, set forth in ¶3 above. Pursuant to an order of the Court dated October 3, 2005, a Notice of Pendency and Proposed Partial Settlement of Class Action dated October 3, 2005 was sent to Settlement Class Members beginning on October 5, 2005, advising them of their right to request exclusion from the Settlement Class. The Court finds

1 that the Notice of Pendency and Proposed Partial Settlement of Class Action complied fully with the
2 requirements of Rule 23 of the Federal Rules of Civil Procedure and due process, and thus, it is not
3 necessary to afford Settlement Class Members another opportunity to request exclusion from the
4 Settlement Class pursuant to Rule 23(e)(3).

5      5.     The Court approves, as to form and content, the Notice of Proposed Settlement of
6 Class Action with Jeremy Lent ("Notice"), the Proof of Claim and Release form (the "Proof of
7 Claim"), and Summary Notice for publication annexed as Exhibits A-1, A-2 and A-3 hereto, and
8 finds that the mailing and distribution of the Notice and publishing of the Summary Notice
9 substantially in the manner and form set forth in ¶¶6-7 of this Order meet the requirements of
10 Federal Rule of Civil Procedure 23 and due process, and is the best notice practicable under the
11 circumstances and shall constitute due and sufficient notice to all Persons entitled thereto.

12      6.     Co-Lead Counsel were previously authorized to retain the firm of RG/2 Claims
13 Administration LLC ("Claims Administrator") to supervise and administer the notice procedure as
14 well as the processing of claims.  The notice procedure will be as set forth below:

15         (a)     Not later than May 22, 2007 (the "Notice Date"), Co-Lead Counsel shall
16 cause a copy of the Notice and the Proof of Claim, substantially in the form annexed as Exhibits A-1
17 and A-2, to be mailed by first class mail to all Settlement Class Members who can be identified with
18 reasonable effort;

19         (b)     Not later than May 22, 2007, Co-Lead Counsel shall cause the Summary
20 Notice to be published once in *Investor's Business Daily*; and

21         (c)     At least seven (7) calendar days prior to the Settlement Hearing, Co-Lead
22 Counsel shall cause to be served on Lent's counsel and filed with the Court proof, by affidavit or
23 declaration, of such mailing and publishing.

24      7.     Nominees who purchased NextCard securities during the period beginning April 19,
25 2000 through October 30, 2001, inclusive, shall send the Notice and the Proof of Claim to all
26 beneficial owners of such NextCard securities within ten (10) days after receipt thereof, or send a list
27 of the names and addresses of such beneficial owners to the Claims Administrator within ten (10)
28 days of receipt thereof, in which event the Claims Administrator shall promptly mail the Notice and

1  Proof of Claim to such beneficial owners.  Co-Lead Counsel shall, if requested, reimburse banks, brokerage houses or other nominees solely for their reasonable out-of-pocket expenses incurred in providing notice to beneficial owners who are Settlement Class Members out of the Class Notice and Administration Fund, which expenses would not have been incurred except for the sending of such Notice, subject to further order of this Court with respect to any dispute concerning such compensation.

8.    All Members of the Settlement Class shall be bound by all determinations and judgments in the Litigation concerning the settlement, whether favorable or unfavorable to the Settlement Class.

9.    Unless they have already done so, Settlement Class Members who wish to participate in the settlement shall complete and submit Proof of Claim forms in accordance with the instructions contained therein.  Unless the Court orders otherwise, all Proof of Claim forms must be submitted no later than ninety (90) days from the Notice Date.  Any Settlement Class Member who has not already submitted a Proof of Claim in connection with the earlier settlement with E&Y, and who does not timely submit a Proof of Claim within the time provided for, shall be barred from sharing in the distribution of the proceeds of the Settlement Fund, unless otherwise ordered by the Court.

10.    Any Member of the Settlement Class may enter an appearance in the Litigation, at their own expense, individually or through counsel of their own choice.  If they do not enter an appearance, they will be represented by Co-Lead Counsel.

11.    Any Member of the Settlement Class may appear and show cause, if he, she or it has any reason, why the proposed settlement of the Litigation should or should not be approved as fair, reasonable and adequate, why a judgment should or should not be entered thereon, or why attorneys' fees and expenses should or should not be awarded to Co-Lead Counsel; provided, however, that no Settlement Class Member or any other Person shall be heard or entitled to contest the approval of the terms and conditions of the proposed settlement, or, if approved, the Judgment to be entered thereon approving the same, or the attorneys' fees and expenses to be awarded to Co-Lead Counsel, unless that Person has delivered by hand or sent by first class mail written objections and copies of any papers and briefs such that they are received on or before July 6, 2007, by:  Lerach Coughlin Stoia

1  Geller Rudman & Robbins LLP, Joy Ann Bull, 655 W. Broadway, Suite 1900, San Diego, California
2  92101; and DLA Piper US LLP, Shirli Fabbri Weiss, 401 B Street, Suite 1700, San Diego,
3  California 92101, and filed said objections, papers and briefs with the Clerk of the United States
4  District Court for the Northern District of California, San Jose Division, on or before July 6, 2007.
5  Any Member of the Settlement Class who does not make his, her or its objection in the manner
6  provided shall be deemed to have waived such objection and shall forever be foreclosed from
7  making any objection to the fairness or adequacy of the proposed settlement as set forth in the
8  Stipulation, or to the award of attorneys' fees and expenses to Co-Lead Counsel, unless otherwise
9  ordered by the Court.

10       12.    All funds held by the Escrow Agent shall be deemed and considered to be in *custodia*
11  *legis* of the Court, and shall remain subject to the jurisdiction of the Court, until such time as such
12  funds shall be distributed pursuant to the Stipulation and/or further order(s) of the Court.

13       13.    All papers in support of the settlement and any application by Co-Lead Counsel for
14  attorneys' fees or reimbursement of expenses shall be filed and served seven (7) calendar days prior
15  to the Settlement Hearing.

16       14.    Neither Lent nor his Related Parties shall have any responsibility for or liability with
17  respect to any application for attorneys' fees or reimbursement of expenses submitted by Co-Lead
18  Counsel, and such matters will be considered separately from the fairness, reasonableness and
19  adequacy of the settlement.

20       15.    At or after the Settlement Hearing, the Court shall determine whether any application
21  for attorneys' fees or reimbursement of expenses shall be approved.

22       16.    All reasonable expenses incurred in identifying and notifying Settlement Class
23  Members, as well as administering the Settlement Fund, shall be paid as set forth in the Stipulation.
24  In the event the settlement is not approved by the Court, or otherwise fails to become effective,
25  neither the Lead Plaintiffs nor Co-Lead Counsel shall have any obligation to repay any amounts
26  actually and properly disbursed or due and owing from the Class Notice and Administration Fund.
27
28

STIPULATION AND [PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENT WITH
JEREMY LENT AND PROVIDING FOR NOTICE - C-01-21029-JF(PVT)                                          - 6 -

1        17.    Neither the Stipulation, nor any of its terms or provisions, nor any of the negotiations
2   or proceedings connected with it, shall be construed as an admission or concession by Lent of the
3   truth of any of the allegations in the Litigation, or of any liability, fault, or wrongdoing of any kind.
4        18.    The Court reserves the right to adjourn the date of the Settlement Hearing without
5   further notice to the Members of the Settlement Class, and retains jurisdiction to consider all further
6   applications arising out of or connected with the proposed settlement.  The Court may approve the
7   settlement, with such modifications as may be agreed to by the Settling Parties, if appropriate,
8   without further notice to the Settlement Class.

9   DATED: ___4/26/07_____    _____
10                                THE HONORABLE JEREMY FOGEL
                                  UNITED STATES DISTRICT JUDGE
11
S:\Settlement\NextCard.set\(v1) EA (LENT) 00039909.doc

STIPULATION AND [PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENT WITH
JEREMY LENT AND PROVIDING FOR NOTICE - C-01-21029-JF(PVT)                    - 7 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.lerachlaw.com/.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 25, 2007.

    s/ Joy Ann Bull
    JOY ANN BULL

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: Joyb@lerachlaw.com

# Mailing Information for a Case 5:01-cv-21029-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Gustavo Bruckner**
  bruckner@whafh.com

- **Joy Ann Bull**
  JOYB@lerachlaw.com

- **Paul J. Collins**
  pcollins@gibsondunn.com

- **Jonathan C. Dickey**
  jdickey@gibsondunn.com

- **Tamara J. Driscoll**
  tdriscoll@lerachlaw.com georgiad@lerachlaw.com;e_file_sd@lerachlaw.com

- **Alicia M. Duff**
  aliciad@blbglaw.com kayem@blbglaw.com

- **Jordan Eth**
  jeth@mofo.com

- **Mary Jane Edelstein Fait**
  fait@whafh.com

- **William Faulkner**
  wfaulkner@mfmlaw.com eschneider@mfmlaw.com

- **Lionel Z. Glancy**
  info@glancylaw.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Marc S. Henzel**
  mhenzel182@aol.com

- **Bruce J. Highman**
  attorneys@highman-ball.com

- **Fred Taylor Isquith**

isquith@whafh.com

- **David M. Jolley**
  djolley@cov.com

- **Richard Allen Jones**
  rjones@cov.com

- **J. Andrew Keyes**
  akeyes@wc.com

- **Charles Thomas Kimmett**
  ckimmett@wc.com

- **Jeffrey W. Lawrence**
  jeffreyl@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James McManis**
  jmcmanis@mfmlaw.com clarsen@mfmlaw.com;smaes@mfmlaw.com

- **Niki L. Mendoza**
  nikio@blbglaw.com
  jasonp@blbglaw.com;russellr@blbglaw.com;josephm@blbglaw.com;takeok@blbglaw.com;kristir

- **Ira M. Press**
  ipress@kmslaw.com lmorris@kmslaw.com

- **Paul A. Reynolds**
  paul.reynolds@dlapiper.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com larry.rosen@earthlink.net

- **Christopher Paul Seefer**
  chriss@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;khuang@lerachlaw.com

- **David R. Stickney**
  davids@blbglaw.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com

- **John S. Yun**
  yunj@sec.gov johnstonj@sec.gov

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Thomas Hamilton Burt**
Wolf Haldenstein Adler Freeman Herz LLP
270 Madison Avenue
New York, NY 10016

**Patrick V. Dahlstrom**
Pomerantz Haudek Block Grossman & Gross LLP
1 North LaSalle Street
Suite 2225
Chicago, IL 60602

**Adam J. Levitt**
Wolf Haldenstein Adler Freeman Herz LLC
656 West Randolf, Suite 500W
Chicago, IL 60661

**Bruce Rigione**
4234 Avalon Drive East
New Canaan, CT 06840

**Russell Francis Riviere**
Bernstein Litowitz et al LLP
12481 High Bluff Dr Ste 300
San Diego, CA 92130

**Marc A. Topaz**
Schiffrin & Barroway. LLP
280 King of Prussia Road
Radnor, PA 19087