*e-filed 7/23/07

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re NEXTCARD, INC. SECURITIES LITIGATION ) ) ) | Master File No. C-01-21029-JF(PVT) CLASS ACTION |
| This Document Relates To: ALL ACTIONS. ) ) ) ) ) | [PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE AS TO JEREMY LENT |
| | DATE:July 20, 2007 TIME:9:00 a.m. COURTROOM:  The Honorable Jeremy Fogel |

1  This matter came before the Court for hearing pursuant to an Order of this Court, dated April 27, 2007, on the application of the Settling Parties for approval of the settlement set forth in the Stipulation of Settlement with Jeremy Lent dated as of April 18, 2007 (the "Stipulation"). Due and adequate notice having been given of the settlement as required in said Order, and the Court having considered all papers filed and proceedings held herein and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

2.  1. This Judgment incorporates by reference the definitions in the Stipulation, and all terms used herein shall have the same meanings set forth in the Stipulation.

3.  2. This Court has jurisdiction over the subject matter of the Litigation and over all parties to the Litigation, including all Members of the Settlement Class.

4.  3. The Litigation and all claims contained therein, including all of the Released Claims, are dismissed with prejudice as to the Lead Plaintiffs and the other Members of the Settlement Class, and as against Jeremy Lent ("Lent"). The parties are to bear their own costs, except as otherwise provided in the Stipulation.

5.  4. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, this Court hereby approves the settlement set forth in the Stipulation and finds that said settlement is, in all respects, fair, reasonable and adequate to, and is in the best interests of, the Lead Plaintiffs, the Settlement Class and each of the Settlement Class Members. This Court further finds the settlement set forth in the Stipulation is the result of arm's-length negotiations between experienced counsel representing the interests of the Lead Plaintiffs, the Settlement Class Members and Lent. Accordingly, the settlement embodied in the Stipulation is hereby approved in all respects and shall be consummated in accordance with its terms and provisions. The Settling Parties are hereby directed to perform the terms of the Stipulation.

6.  5. Upon the Effective Date hereof, the Lead Plaintiffs and each of the Settlement Class Members, on behalf of themselves, their successors and assigns, and any other Person claiming (now or in the future) through or on behalf of them, shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released, relinquished and discharged all Released

Claims against Lent and his Related Parties, whether or not such Settlement Class Member executes and delivers a Proof of Claim and Release form.  NextCard, E&Y, and the Remaining Defendants, and the claims asserted against them in the Litigation, are specifically excluded from this release.

6. Upon the Effective Date hereof, Lent and his Related Parties shall be deemed to have, and by operation of this Judgment shall have, fully, finally, and forever released, relinquished and discharged each and all of the Settlement Class Members and Co-Lead Counsel from all claims (including Unknown Claims), arising out of, relating to, or in connection with the institution, prosecution, assertion, settlement or resolution of the Litigation or the Released Claims.

7. The distribution of the Notice and the publication of the Summary Notice as provided for in the Order Preliminarily Approving Settlement with Jeremy Lent and Providing for Notice constituted the best notice practicable under the circumstances, including individual notice to all Members of the Settlement Class who could be identified through reasonable effort.  Said Notice provided the best notice practicable under the circumstances of those proceedings and of the matters set forth therein, including the proposed settlement set forth in the Stipulation, to all Persons entitled to such notice, and said Notice fully satisfied the requirements of Federal Rule of Civil Procedure 23, the requirements of due process, and any other applicable law.

8. Any order entered regarding the attorneys' expense application shall in no way disturb or affect this Final Judgment and shall be considered separate from this Final Judgment.

9. Neither the Stipulation nor the settlement contained therein, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the settlement: (a) is or may be deemed to be or may be used as an admission of, or evidence of, the validity of any Released Claim, or of any wrongdoing or liability of Lent; or (b) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of Lent in any civil, criminal or administrative proceeding in any court, administrative agency or other tribunal.  Lent may file the Stipulation and/or the Judgment in any other action that may be brought against him in order to support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, release, good faith settlement, judgment bar or reduction, or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim.

1    10.   In accordance with Section 21D-4(f)(7)(A) of the Private Securities Litigation
2 Reform Act of 1995, 15 U.S.C. §78u-4(f)(7)(A), every Person is hereby permanently barred,
3 enjoined, and restrained from commencing, prosecuting, or asserting any claim for contribution
4 against Lent and his Related Parties based upon, relating to, or arising out of the Released Claims.

5    11.   Without affecting the finality of this Judgment in any way, this Court hereby retains
6 continuing jurisdiction over (a) implementation of this settlement and any award or distribution of
7 the Settlement Fund, including interest earned thereon; (b) disposition of the Settlement Fund;
8 (c) hearing and determining applications for attorneys' fees and expenses in the Litigation; and (d)
9 all parties hereto for the purpose of construing, enforcing and administering the Stipulation.

10    12.   The Court finds that during the course of the Litigation, the Settling Parties and their
11 respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure
12 11.

13    13.   In the event that the settlement does not become effective in accordance with the
14 terms of the Stipulation or the Effective Date does not occur, or in the event that the Settlement
15 Fund, or any portion thereof, is returned to Lent, then this Judgment shall be rendered null and void
16 to the extent provided by and in accordance with the Stipulation and shall be vacated and, in such

event, all orders entered and releases delivered in connection herewith shall be null and void to the extent provided by and in accordance with the Stipulation.

IT IS SO ORDERED.

DATED: 7/20/07

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

Submitted by:

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE
CHRISTOPHER P. SEEFER
BING Z. RYAN
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
JOY ANN BULL

        s/ Joy Ann Bull
        JOY ANN BULL

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TAMARA J. DRISCOLL (*pro hac vice*)
1700 Seventh Avenue, Suite 2260
Seattle, WA  98101
Telephone:  206-749-5544
206-749-9978 (fax)

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE AS TO JEREMY LENT - C-01-21029-JF(PVT) - 4 -

| | |
|---|---|
| 1 | |
| 2 | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| 3 | DAVID R. STICKNEY<br>NIKI L. MENDOZA |
| 4 | RUSSELL F.A. RIVIERE<br>12481 High Bluff Drive, Suite 300 |
| 5 | San Diego, CA  92130<br>Telephone:  858/793-0070 |
| 6 | 858/793-0323 (fax) |
| 7 | Co-Lead Counsel for Lead Plaintiffs and the Class |
| 8 | S:\Settlement\NextCard.set\FINAL JUDGMENT (LENT) 00043444.doc |

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE AS TO JEREMY LENT - C-01-21029-JF(PVT)       - 5 -

CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.lerachlaw.com/.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 13, 2007.

        s/ Joy Ann Bull
        JOY ANN BULL

        LERACH COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
        655 West Broadway, Suite 1900
        San Diego, CA  92101-3301
        Telephone:  619/231-1058
        619/231-7423 (fax)

        E-mail: Joyb@lerachlaw.com

# Mailing Information for a Case 5:01-cv-21029-JF

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Gustavo Bruckner**
  bruckner@whafh.com

- **Joy Ann Bull**
  JOYB@lerachlaw.com

- **Paul J. Collins**
  pcollins@gibsondunn.com

- **Jonathan C. Dickey**
  jdickey@gibsondunn.com

- **Tamara J. Driscoll**
  tdriscoll@lerachlaw.com,georgiad@lerachlaw.com,e_file_sd@lerachlaw.com

- **Alicia M. Duff**
  aliciad@blbglaw.com,kayem@blbglaw.com

- **Jordan Eth**
  jeth@mofo.com

- **Mary Jane Edelstein Fait**
  fait@whafh.com

- **William Faulkner**
  wfaulkner@mfmlaw.com,eschneider@mfmlaw.com

- **Lionel Z. Glancy**
  info@glancylaw.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Marc S. Henzel**
  mhenzel182@aol.com

- **Bruce J. Highman**
  attorneys@highman-ball.com

- **Fred Taylor Isquith**

isquith@whafh.com

- **David M. Jolley**
  djolley@cov.com,dgeneral@cov.com

- **Richard Allen Jones**
  rjones@cov.com

- **J. Andrew Keyes**
  akeyes@wc.com

- **Charles Thomas Kimmett**
  ckimmett@wc.com

- **Jeffrey W. Lawrence**
  jeffreyl@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James H. McManis**
  jmcmanis@mfmlaw.com,smaes@mfmlaw.com,clarsen@mfmlaw.com

- **Niki L. Mendoza**
  nikio@blbglaw.com,josephm@blbglaw.com,russellr@blbglaw.com,kayem@blbglaw.com,jasonp@

- **Ira M. Press**
  ipress@kmslaw.com,lmorris@kmslaw.com

- **Paul Anthony Reynolds**
  paul.reynolds@dlapiper.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net

- **Christopher Paul Seefer**
  chriss@lerachlaw.com,khuang@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.co

- **David Ronald Stickney**
  davids@blbglaw.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com

- **John S. Yun**
  yunj@sec.gov,alcairoe@sec.gov,johnstonj@sec.gov

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who

therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Thomas Hamilton Burt**
Wolf Haldenstein Adler Freeman Herz LLP
270 Madison Avenue
New York, NY 10016

**Patrick V. Dahlstrom**
Pomerantz Haudek Block Grossman & Gross LLP
1 North LaSalle Street
Suite 2225
Chicago, IL 60602

**Adam J. Levitt**
Wolf Haldenstein Adler Freeman Herz LLC
656 West Randolf, Suite 500W
Chicago, IL 60661

**Office of the Comptroller of the Currency**
250 E Street, S.W.
Washington, DC 20219

**Bruce Rigione**
4234 Avalon Drive East
New Canaan, CT 06840

**Russell Francis Riviere**
Bernstein Litowitz et al LLP
12481 High Bluff Dr Ste 300
San Diego, CA 92130

**Marc A. Topaz**
Schiffrin & Barroway. LLP
280 King of Prussia Road
Radnor, PA 19087