**E-filed 7/25/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re NEXTCARD, INC. SECURITIES LITIGATION | ) Master File No. C-01-21029-JF(PVT) ) ) <u>CLASS ACTION</u> |
| This Document Relates To: | ) [~~PROPOSED~~] ORDER OF DISMISSAL ) |
| ALL ACTIONS. | ) ) |

1   On July 20, 2007, the Court approved the Motion for Final Approval of Settlement and
2 Payment of Litigation Expenses filed by Lead Plaintiffs Jacksonville Police & Fire Pension Fund
3 and M. Richard Andrews.
4   During the July 20, 2007 hearing, Co-Lead Counsel informed the Court that the remaining
5 individual defendants would be dismissed from the action after the Court granted final approval.
6   Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), IT IS HEREBY
7 ORDERED that defendants John V. Hashman, Yinzi Cai and Bruce G. Rigione are dismissed from
8 this action.
9   IT IS SO ORDERED.
10 DATED: ____7/24/07_____     _____
                                         THE HONORABLE JEREMY FOGEL
11                                       UNITED STATES DISTRICT JUDGE

12 Submitted by:

13 LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
14 JEFFREY W. LAWRENCE
   CHRISTOPHER P. SEEFER
15 BING Z. RYAN
   100 Pine Street, Suite 2600
16 San Francisco, CA  94111
   Telephone: 415/288-4545
17 415/288-4534 (fax)

18 LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
19 WILLIAM S. LERACH
   JOY ANN BULL
20

21
              s/ Joy Ann Bull
22           JOY ANN BULL

23 655 West Broadway, Suite 1900
   San Diego, CA  92101
24 Telephone: 619/231-1058
   619/231-7423 (fax)
25

26

27

28

[PROPOSED] ORDER OF DISMISSAL - C-01-21029-JF(PVT)                                              - 1 -

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TAMARA J. DRISCOLL (*pro hac vice*)
1700 Seventh Avenue, Suite 2260
Seattle, WA 98101
Telephone: 206-749-5544
206-749-9978 (fax)

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
DAVID R. STICKNEY
NIKI L. MENDOZA
RUSSELL F.A. RIVIERE
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: 858/793-0070
858/793-0323 (fax)

Co-Lead Counsel for Lead Plaintiffs and
the Class

S:\Settlement\NextCard.set\ORD00043812.doc

CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.lerachlaw.com/.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 23, 2007.

    s/ Joy Ann Bull
JOY ANN BULL

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: Joyb@lerachlaw.com

# Mailing Information for a Case 5:01-cv-21029-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Gustavo Bruckner**
  bruckner@whafh.com

- **Joy Ann Bull**
  JOYB@lerachlaw.com

- **Paul J. Collins**
  pcollins@gibsondunn.com

- **Jonathan C. Dickey**
  jdickey@gibsondunn.com

- **Tamara J. Driscoll**
  tdriscoll@lerachlaw.com,georgiad@lerachlaw.com,e_file_sd@lerachlaw.com

- **Alicia M. Duff**
  aliciad@blbglaw.com,kayem@blbglaw.com

- **Jordan Eth**
  jeth@mofo.com

- **Mary Jane Edelstein Fait**
  fait@whafh.com

- **William Faulkner**
  wfaulkner@mfmlaw.com,eschneider@mfmlaw.com

- **Lionel Z. Glancy**
  info@glancylaw.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Marc S. Henzel**
  mhenzel182@aol.com

- **Bruce J. Highman**
  attorneys@highman-ball.com

- **Fred Taylor Isquith**

isquith@whafh.com

- **David M. Jolley**
  djolley@cov.com,dgeneral@cov.com

- **Richard Allen Jones**
  rjones@cov.com

- **J. Andrew Keyes**
  akeyes@wc.com

- **Charles Thomas Kimmett**
  ckimmett@wc.com

- **Jeffrey W. Lawrence**
  jeffreyl@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James H. McManis**
  jmcmanis@mfmlaw.com,smaes@mfmlaw.com,clarsen@mfmlaw.com

- **Niki L. Mendoza**
  nikio@blbglaw.com,josephm@blbglaw.com,russellr@blbglaw.com,kayem@blbglaw.com,jasonp@

- **Ira M. Press**
  ipress@kmslaw.com,lmorris@kmslaw.com

- **Paul Anthony Reynolds**
  paul.reynolds@dlapiper.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net

- **Christopher Paul Seefer**
  chriss@lerachlaw.com,khuang@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.co

- **David Ronald Stickney**
  davids@blbglaw.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com

- **John S. Yun**
  yunj@sec.gov,alcairoe@sec.gov,johnstonj@sec.gov

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who

therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Thomas Hamilton Burt
Wolf Haldenstein Adler Freeman Herz LLP
270 Madison Avenue
New York, NY 10016

Patrick V. Dahlstrom
Pomerantz Haudek Block Grossman & Gross LLP
1 North LaSalle Street
Suite 2225
Chicago, IL 60602

Adam J. Levitt
Wolf Haldenstein Adler Freeman Herz LLC
656 West Randolf, Suite 500W
Chicago, IL 60661

Office of the Comptroller of the Currency
250 E Street, S.W.
Washington, DC 20219

Bruce Rigione
4234 Avalon Drive East
New Canaan, CT 06840

Russell Francis Riviere
Bernstein Litowitz et al LLP
12481 High Bluff Dr Ste 300
San Diego, CA 92130

Marc A. Topaz
Schiffrin & Barroway. LLP
280 King of Prussia Road
Radnor, PA 19087
```