1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re NEXTCARD, INC. SECURITIES LITIGATION | ) Master File No. C-01-21029-JF(PVT) ) ) <u>CLASS ACTION</u> ) |
| This Document Relates To: ALL ACTIONS. | ) [~~PROPOSED~~] ORDER AWARDING ) LITIGATION EXPENSES ) ) DATE:  July 20, 2007 ) TIME:  9:00 a.m. COURTROOM:  The Honorable Jeremy Fogel |

THIS MATTER having come before the Court on July 20, 2007, on the application of Co-Lead Counsel for an award of payment of expenses incurred since November 10, 2005 in the Litigation; the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this Litigation to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement with Jeremy Lent dated as of April 18, 2007 (the "Stipulation").

2. This Court has jurisdiction over the subject matter of the application and all matters relating thereto, including all Members of the Settlement Class.

3. The Court hereby awards Co-Lead Counsel expenses in an aggregate amount of $199,796.79 together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid.

4. The awarded expenses, and interest earned thereon, shall be paid to Co-Lead Counsel from the Settlement Fund immediately after the date this Order is executed subject to the terms,

1  conditions, and obligations of the Stipulation and in particular ¶6.2 thereof, which terms, conditions,
2  and obligations are incorporated herein.
3  IT IS SO ORDERED.

5  DATED: 7/30/07

   THE HONORABLE JEREMY FOGEL
   UNITED STATES DISTRICT JUDGE

7  Submitted by:

8  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
   JEFFREY W. LAWRENCE
   CHRISTOPHER P. SEEFER
   BING Z. RYAN
   100 Pine Street, Suite 2600
   San Francisco, CA  94111
   Telephone:  415/288-4545
   415/288-4534 (fax)

14 LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
   WILLIAM S. LERACH
   JOY ANN BULL

17         s/ Joy Ann Bull
              JOY ANN BULL

19 655 West Broadway, Suite 1900
   San Diego, CA  92101
   Telephone:  619/231-1058
   619/231-7423 (fax)

21 LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
   TAMARA J. DRISCOLL (*pro hac vice*)
   1700 Seventh Avenue, Suite 2260
   Seattle, WA  98101
   Telephone:  206-749-5544
   206-749-9978 (fax)

[PROPOSED] ORDER AWARDING LITIGATION EXPENSES - C-01-21029-JF(PVT)     - 2 -

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
DAVID R. STICKNEY
NIKI L. MENDOZA
RUSSELL F.A. RIVIERE
12481 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone:  858/793-0070
858/793-0323 (fax)

Co-Lead Counsel for Lead Plaintiffs and the Class

S:\Settlement\NextCard.set\ORDER FEE 00043445.doc

[PROPOSED] ORDER AWARDING LITIGATION EXPENSES - C-01-21029-JF(PVT)     - 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.lerachlaw.com/.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 13, 2007.

      s/ Joy Ann Bull
      JOY ANN BULL

      LERACH COUGHLIN STOIA GELLER
         RUDMAN & ROBBINS LLP
      655 West Broadway, Suite 1900
      San Diego, CA  92101-3301
      Telephone:  619/231-1058
      619/231-7423 (fax)

      E-mail: Joyb@lerachlaw.com

# Mailing Information for a Case 5:01-cv-21029-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Gustavo Bruckner**
  bruckner@whafh.com

- **Joy Ann Bull**
  JOYB@lerachlaw.com

- **Paul J. Collins**
  pcollins@gibsondunn.com

- **Jonathan C. Dickey**
  jdickey@gibsondunn.com

- **Tamara J. Driscoll**
  tdriscoll@lerachlaw.com,georgiad@lerachlaw.com,e_file_sd@lerachlaw.com

- **Alicia M. Duff**
  aliciad@blbglaw.com,kayem@blbglaw.com

- **Jordan Eth**
  jeth@mofo.com

- **Mary Jane Edelstein Fait**
  fait@whafh.com

- **William Faulkner**
  wfaulkner@mfmlaw.com,eschneider@mfmlaw.com

- **Lionel Z. Glancy**
  info@glancylaw.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Marc S. Henzel**
  mhenzel182@aol.com

- **Bruce J. Highman**
  attorneys@highman-ball.com

- **Fred Taylor Isquith**

isquith@whafh.com

- **David M. Jolley**
  djolley@cov.com,dgeneral@cov.com

- **Richard Allen Jones**
  rjones@cov.com

- **J. Andrew Keyes**
  akeyes@wc.com

- **Charles Thomas Kimmett**
  ckimmett@wc.com

- **Jeffrey W. Lawrence**
  jeffreyl@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James H. McManis**
  jmcmanis@mfmlaw.com,smaes@mfmlaw.com,clarsen@mfmlaw.com

- **Niki L. Mendoza**
  nikio@blbglaw.com,josephm@blbglaw.com,russellr@blbglaw.com,kayem@blbglaw.com,jasonp@

- **Ira M. Press**
  ipress@kmslaw.com,lmorris@kmslaw.com

- **Paul Anthony Reynolds**
  paul.reynolds@dlapiper.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net

- **Christopher Paul Seefer**
  chriss@lerachlaw.com,khuang@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.co

- **David Ronald Stickney**
  davids@blbglaw.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com

- **John S. Yun**
  yunj@sec.gov,alcairoe@sec.gov,johnstonj@sec.gov

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who

therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Thomas Hamilton Burt**
Wolf Haldenstein Adler Freeman Herz LLP
270 Madison Avenue
New York, NY 10016

**Patrick V. Dahlstrom**
Pomerantz Haudek Block Grossman & Gross LLP
1 North LaSalle Street
Suite 2225
Chicago, IL 60602

**Adam J. Levitt**
Wolf Haldenstein Adler Freeman Herz LLC
656 West Randolf, Suite 500W
Chicago, IL 60661

**Office of the Comptroller of the Currency**
250 E Street, S.W.
Washington, DC 20219

**Bruce Rigione**
4234 Avalon Drive East
New Canaan, CT 06840

**Russell Francis Riviere**
Bernstein Litowitz et al LLP
12481 High Bluff Dr Ste 300
San Diego, CA 92130

**Marc A. Topaz**
Schiffrin & Barroway. LLP
280 King of Prussia Road
Radnor, PA 19087