**E-Filed 2/05/08**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE NEXTCARD, INC. SECURITIES LITIGATION. | Case Number C 01-21029 JF (RS) |
| | ORDER VACATING ORAL ARGUMENT |
| THIS DOCUMENT RELATES TO ALL ACTIONS. | [re: doc. no. 368] |

Plaintiffs request an order by the Court shortening time for determination of Lead Plaintiffs' Unopposed Motion for Entry of Order Authorizing Distribution of Settlement Funds ("Motion for Distribution"). Oral argument for the Motion for Distribution currently is scheduled for February 22, 2008. Defendants have not filed any opposition to the Motion for Distribution. Accordingly, the Court will rule on the Motion for Distribution without a hearing at its earliest convenience.

IT IS SO ORDERED.

DATED: February 4, 2008

_____
JEREMY FOGEL
United States District Judge

Case No. C 01-21029 JF (RS)
ORDER VACATING ORAL ARGUMENT
(JFLC3)

This Order has been served upon the following persons:

Eric J. Belfi     ebelfi@murrayfrank.com

Gustavo Bruckner     bruckner@whafh.com

Joy Ann Bull     JOYB@lerachlaw.com

Paul J. Collins     pcollins@gibsondunn.com

Jonathan C. Dickey     jdickey@gibsondunn.com

Alicia M. Duff     aliciad@blbglaw.com, kayem@blbglaw.com

Bruce A. Ericson     bruce.ericson@pillsburylaw.com

Jordan David Eth     jeth@mofo.com

Mary Jane Edelstein Fait     fait@whafh.com,

William Faulkner     wfaulkner@mfmlaw.com, eschneider@mfmlaw.com

Lionel Z. Glancy     info@glancylaw.com

Michael M. Goldberg     info@glancylaw.com

Marc S. Henzel     mhenzel182@aol.com

Bruce J. Highman     attorneys@highman-ball.com

David M. Jolley     djolley@cov.com,

Richard Allen Jones     rjones@cov.com

J. Andrew Keyes     akeyes@wc.com,

Charles Thomas Kimmett     ckimmett@wc.com,

Jeffrey W. Lawrence     jeffreyl@lerachlaw.com, e_file_sd@lerachlaw.com; e_file_sf@lerachlaw.com

Kristin M. Lefevre     kristin.lefevre@pillsburylaw.com

William S. Lerach     e_file_sd@lerachlaw.com, e_file_sf@lerachlaw.com

James McManis     jmcmanis@mfmlaw.com, clarsen@mfmlaw.com; smaes@mfmlaw.com

Ira M. Press     ipress@kmslaw.com, lmorris@kmslaw.com

Paul A. Reynolds     paul.reynolds@dlapiper.com,

Laurence M. Rosen     lrosen@rosenlegal.com, larry.rosen@earthlink.net

2

| | |
|---|---|
| 1 | Alan Schulman     alans@blbglaw.com, robert@blbglaw.com; kristinas@blbglaw.com; takeok@blbglaw.com; marenam@blbglaw.com; kayem@blbglaw.com |
| 2 | Christopher Paul Seefer     chriss@lerachlaw.com, e_file_sd@lerachlaw.com; e_file_sf@lerachlaw.com; KiyokoF@lerachlaw.com |
| 4 | Jacob R. Sorensen     jake.sorensen@pillsburylaw.com |
| 5 | Shirli Fabbri Weiss     shirli.weiss@dlapiper.com |
| 6 | Margaret L. Wu     mwu@mofo.com, pwolfe@mofo.com |
| 7 | John S. Yun     yunj@sec.gov, johnstonj@sec.gov |